```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   25-CR-00216-LJL-1
     -against-                       :   ORDER
                                     :
TODD FAUSTIN                         :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Robert W. Lehrburger, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to surrender firearm and provide verification. In addition, no possession of any firearms, destructive devices, or other dangerous weapons.

Dated: New York, New York
May  21,2025

SO ORDERED:

_____
Robert W. Lehrburger,
United States Magistrate Judge