

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza – Floor 37*
*New York, NY 10007*

July 14, 2025

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Status Conference previously set for July 16, 2025 is rescheduled to September 16, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on request from the Government and consent by defendant, excludes time between July 15, 2025 and September 16, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and September 16 will allow for the parties to resolve the discovery access issues, defendant to review discovery, and parties to discuss a potential pretrial disposition.
>
> 7/15/2025   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Todd Faustin*, 25 Cr. 216 (LJL)

Dear Judge Liman:

    The Government writes in advance of the next status conference in the above-referenced matter, which is currently scheduled for July 16, 2025, at 2:00 p.m., to update the Court on the status of the case and propose a 60-day adjournment of the status conference. Defense counsel for Todd Faustin, the defendant, joins in the request to adjourn.

    Since the status conference, the Government has produced discovery on a rolling basis. During this time, counsel for the defendant informed the Government that he was having difficulty opening and reviewing certain items that were produced. The Government and defense counsel are working to resolve the issue. The Government and defense counsel are also in the process of discussing the potential for pretrial disposition. However, those discussions are in the preliminary stages and cannot progress until the access issue has been resolved. Accordingly, the parties request a 60-day adjournment of the status conference to allow time for the parties to resolve the discovery access issues, for defense counsel to review the discovery and to discuss with his client, and to determine whether there is potential for a pretrial disposition. The Government separately asks for an exclusion of time pursuant to the Speedy Trial Act through the date of the adjournment for the same reasons. 18 U.S.C. § 3161(h).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/_____
Kaiya Arroyo
Assistant United States Attorney
(212) 637-2226

cc:   Peter Troxler
     *counsel for the defendant*